CORNWALL AND KENNEDY, INC. *v.* GEORGE D. MORROW

The defendant having filed a motion for review of the order dated June 21, 1963, granting the plaintiff's motion to terminate the stay of execution, it is ordered that the parties, by their counsel, appear before this court on Tuesday, July 9, 1963, at 10 a.m., then and there to be heard on the question whether the order sought to be reviewed should be allowed to stand.

Decided July 2, 1963